**SO ORDERED.**



# TIFFANY & BOSCO
### P.A.

Dated: November 05, 2009

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20939/0044341410

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Joseph A. Atmanavicius, Jr. and Susan Atmanavicius<br>         Debtors.<br>_____<br>PHH Mortgage Corporation<br>         Movant,<br>  vs.<br><br>Joseph A. Atmanavicius, Jr. and Susan Atmanavicius, Debtors; Jill H. Ford, Trustee.<br><br>         Respondents. | No. 2:09-bk-18739-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 14) |

     This matter having come before the Court for a Preliminary Hearing on October 29, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, pro se, and good cause appearing,

     **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

| | |
|---|---|
| 1 | real property which is subject of a Deed of Trust dated June 25, 2007, and recorded on July 6, 2007, in the |
| 2 | office of the Maricopa County Recorder at Instrument No. 2007-0773965 wherein PHH Mortgage |
| 3 | Corporation is the current beneficiary and Joseph A. Atmanavicius, Jr. and Susan Atmanavicius have an |
| 4 | interest in, further described as: |

    LOT 389, TOUCHSTONE, ACCORDING TO THE PLAT RECORDED IN BOOK 444 OF MAPS, PAGE 48, RECORDS OF MARICOPA COUNTY, ARIZONA.
EXCEPTING ALL OIL, GAS, OTHER HYDROCARBON SUBSTANCES, HELIUM OR OTHER SUBSTANCES OF A GASEOUS NATURE, COAL, METALS, MINERALS, FOSSILS, FERTILIZER OF EVERY NAME AND DESCRIPTION, TOGETHER WITH ALL URANIUM, THORIUM OR ANY OTHER MATERIAL WHICH IS OR MAY BE DETERMINED BY THE LAWS OF THE UNITED STATES, OF THIS STATE, OR DECISIONS OF COURT TO BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS AS RESERVED IN THE PATENT.
BEING THE SAME PROPERTY CONVEYED TO JOSEPH ALAN ATMANAVICIUS, JR., HUSBAND OF SUSAN G. ATMANAVICIUS, AS HIS SOLE AND SEPARATE PROPERTY BY DEED FROM RICHARD LOUIS SAEHR AND BETSY SAEHR, HUSBAND AND WIFE RECORDED 04/22/2004 IN DEED BOOK 04 PAGE 04299
COUNTY RECORDER'S OFFICE OF MARICOPA COUNTY, ARIZONA.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ____ day of _____, 2009.

                                                _____
                                                JUDGE OF THE U.S. BANKRUPTCY COURT